En el Tribunal Supremo de Puerto Rico

| In Re: | Querella |
|---|---|
| Hon. José A. Ramos Rodríguez | 98TSPR154 |

Número del Caso: PAD-93-09 al 14

Abogados de la Parte Querellante:  Hon. Carlos Lugo Fiol
                                   Procurador General
                                   Lcdo. Ivonne Casanova Pelosi


Abogado de la Parte Querellada:    Lcdo. Fernando Olivero Barreto

Fecha: 11/16/1998

       Este documento constituye un documento oficial del Tribunal
       Supremo que está sujeto a los cambios y correciones del
       proceso de compilación y publicación oficial de las
       decisiones del Tribunal. Su distribución electrónica se hace
       como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

  José A. Ramos Rodríguez

                         PAD93-09
                         PAD93-10
                         PAD93-11
                         PAD93-12
                         PAD93-13
                         PAD93-14

RESOLUCION

San Juan, Puerto Rico, a 16 de noviembre de 1998.

     Considerado el extenso y fundamentado Informe de la ***Comisión Disciplinaria y de Separación del Servicio por Razón de Salud de Jueces del Tribunal de Primera Instancia***, de fecha 1 de agosto de 1994, relativo a la conducta del entonces Juez de Distrito José A. Ramos Rodríguez, el Tribunal resuelve censurar enérgicamente al hoy abogado Ramos Rodríguez y ordenar que la presente sea unida a su expediente personal en la Secretaría.

     Por su importancia, se ordena la publicación de esta Resolución conjuntamente con dicho Informe.

     Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

                    Isabel Llompart Zeno
                Secretaria del Tribunal Supremo